# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

                **Plaintiff,**

                v.                          Case No. CR 01-60008-5-AA

ANDREW EDWIN SNIDER,

                **Defendant.**

## ORDER CONTINUING SUPERVISED RELEASE WITH MODIFICATION OF THE TERMS AND CONDITIONS OF SUPERVISED RELEASE

On January 16, 2002, the defendant appeared before this court, for sentencing following his plea of guilty to Knowingly and Intentionally Possessing and Distributing a Chemical Believing the Chemical was to be used to Manufacture a Controlled Substance. He was sentenced to five (5) months custody followed by a three (3) year term of supervised release, upon the standard and special conditions. The term of supervised release commenced on June 4, 2004.

On May 9, 2005, this court issued a petition for summons and order to show cause why the term of supervised release order previously granted should not be revoked based on the probation officer's allegation that defendant violated the conditions of release.

ORDER CONTINUING SUPERVISED RELEASE WITH MODIFICATION
OF THE TERMS OF CONDITIONS OF SUPERVISED RELEASE - PAGE 1

On June 3, 2005, the defendant appeared with counsel at a hearing to determine whether defendant's supervised release should not be revoked. The defendant admitted he had violated the conditions of supervised release by consuming alcohol.

THE COURT FINDS that the defendant has violated conditions of his supervised release as set forth above, said violation constitutes a Grade C violation pursuant to Guideline § 7B1.1(a)(2). A Grade C violation coupled with the defendant's Criminal History Category of IV, produces a suggested imprisonment range of 6 to 12 months (§ 7B1.4 Revocation Table).

IT APPEARS TO THE COURT that the defendant is amenable to supervision.

IT IS ORDERED AND ADJUDGED that the term of supervised release is continued with the following added special condition:

1. The defendant shall perform 40 hours of volunteer community service work at the direction of the probation officer.

All other conditions and terms of supervised release previously imposed shall remain in full force and effect.

Dated this 3 day of June, 2005.

_____
**ANN AIKEN**
**United States District Judge**

cc: Probation Office
Counsel of Record

ORDER CONTINUING SUPERVISED RELEASE WITH MODIFICATION
OF THE TERMS OF CONDITIONS OF SUPERVISED RELEASE - PAGE 2