FILED'06 APR 24 11:26USDC-ORE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

                **Plaintiff,**

      v.                              Case No. CR 01-60008-5-AA

ANDREW EDWIN SNIDER,

                **Defendant.**

## ORDER REVOKING SUPERVISED RELEASE

On January 16, 2002, the defendant appeared before this court, for sentencing following his plea of guilty to Knowingly and Intentionally Possessing and Distributing a Chemical Believing the Chemical was to be used to Manufacture a Controlled Substance. He was sentenced to five (5) months custody followed by a three (3) year term of supervised release, upon the standard and special conditions. The term of supervised release commenced on June 4, 2002.

On May 2, 2003, the defendant appeared for a show cause hearing and at that hearing, he admitted violating the terms of his supervised release by committing a new crime. The court revoked his term of supervised release and sentenced him to six (6) months incarceration followed by a thirty (30) month term of supervised release.

On September 7, 2004, the defendant appeared again for a show cause hearing and at that hearing, he again admitted violating the terms of his supervised release by consuming alcohol.

ORDER REVOKING SUPERVISED RELEASE- PAGE 1

The court imposed eighty (80) hours of community service and that he successfully complete an alcohol treatment program.

On June 3, 2005, the defendant appearing for a third time on a supervised release violation and admitted consuming alcohol. The court imposed another forty (40) hours of community service work.

On , February 21, 2006, this court issued another petition for warrant and order to show cause why the term of supervised release order previously granted should not be revoked based on the probation officer's allegation that defendant violated the conditions of release.

On April 18, 2006, the defendant appeared with counsel at a hearing to determine whether defendant's supervised release should not be revoked. The defendant admitted he had violated the conditions of supervised release by failing to abstain from all intoxicants, including alcohol during his term of supervised release and committing a new law violation–Harassment and Interfering with a Report.

THE COURT FINDS that the defendant has violated conditions of his supervised release as set forth above, said violation constitutes a Grade C violation pursuant to Guideline § 7B1.1(a)(2). A Grade C violation coupled with the defendant's Criminal History Category of IV, produces a suggested imprisonment range of 6 to 12 months (§ 7B1.4 Revocation Table).

IT APPEARS TO THE COURT that the defendant is no longer amenable to supervision.

IT IS ORDERED AND ADJUDGED that the term of supervised release is revoked and the defendant is committed to the custody of the Bureau of Prisons for a term of one (1) day with credit for time served. A term of supervised release is reimposed for a period of twenty-nine (29)

ORDER REVOKING SUPERVISED RELEASE- PAGE 2

months and twenty-nine (29) days under the previously imposed conditions of supervision plus the following:

1. The defendant shall reside in and satisfactorily participate in a community corrections center program, specifically, the Lane County Community Corrections Center, for a period up to 90 days or until discharged by the community corrections manager and/or the probation officer, when a bed becomes available upon completion of his treatment in Klamath Falls.

2. The defendant shall successfully complete his DUII treatment program in Klamath Falls.

3. The defendant shall submit his application for Drug Court within one week following his relocation to Eugene.

Dated this 24 day of April, 2006.

　　　　　　　　　　　　　　　　　　　　　　Ann Aiken
　　　　　　　　　　　　　　　　　　　　　　**ANN AIKEN**
　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**

cc:　Probation Office
　　　Counsel of Record

ORDER REVOKING SUPERVISED RELEASE- PAGE 3